UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELISSA BROWN, | |
| Plaintiff, | 2:09-cv-1306-PMP-RJJ |
| vs. | |
| LAS VEGAS LIMOUSINES, | **ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on September 23 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __15th__ day of July, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge