UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELISSA BROWN, | 2:09-CV-01306-PMP-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| LAS VEGAS LIMOUSINES, | |
| Defendant. | |

Before the Court for consideration is Defendant's fully briefed Motion for Summary Judgment (Doc. #19) filed December 21, 2011.

Although Plaintiff filed a "Response" to Defendant's Motion, in the form of a one paragraph letter (Doc. #22), Plaintiff fails to respond adequately to the arguments advanced in Defendant's Motion. As argued in Defendant's Reply Memorandum (Doc. #23), Plaintiff provides no evidence in her response to support her claims, much less to raise a genuine issue of material fact. Under the circumstances the Court finds Defendant is clearly entitled to the relief requested.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Summary Judgment (Doc. #19) is **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendant and against Plaintiff.

DATED: February 6, 2012.

_____
PHILIP M. PRO
United States District Judge